No. 10–8489.   MCPHERSON *v.* UNITED STATES ET AL., 562 U. S. 1304;

No. 10–9402.   GARCIA *v.* UNITED STATES, *ante,* p. 930; and

No. 10–9882.   TURPIN *v.* UNITED STATES, *ante,* p. 983.   Petitions for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of these petitions.